NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WILLIAM H. ARMSTRONG,**
*Petitioner,*

**v.**

**DEPARTMENT OF THE TREASURY,**
*Respondent.*

---

2011-3015

---

Petition for review of the Merit Systems Protection Board in Case No. DC0752080188-M-1.

---

**JUDGMENT**

---

KEVIN E. BYRNES, Grad, Logan & Klewans, P.C. of Falls Church, Virginia, argued for petitioner.

CHRISTOPHER A. BOWEN, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With him on the brief were TONY WEST, Assistant Attorney General, JEANNE E. DAVIDSON, Director, and KENNETH M. DINTZER, Assistant Director.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, PLAGER, and LINN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 21, 2011          /s/ Jan Horbaly
        Date                      Jan Horbaly
                                    Clerk